Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SARAH MAE BLACK

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH MAE BLACK,<br><br>              Plaintiff,<br>     v.<br><br>GCFS, INC., a California corporation; and MARK McDOWELL, individually and in his official capacity, | Case No. CV10-02103-BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, SARAH MAE BLACK, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, SARAH MAE BLACK, hereby dismisses, with prejudice, all claims made by her against Defendants, GCFS, INC., and MARK McDOWELL, in her Complaint filed herein on May 17, 2010.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated:  June 16, 2010                          /s/ Fred W. Schwinn                
                                                                 Fred W. Schwinn, Esq.
                                                                 Attorney for Plaintiff
                                                                 SARAH MAE BLACK